# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>vs.<br><br>Samantha Poutoa [2]<br><br>                         Defendant. | Case No. 15cr1932-BTM<br><br>JUDGMENT OF DISMISSAL<br><br>FILED<br>JUN 07 2016<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY: _____ DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__ Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, with prejudice; or

__ the Court has granted the motion of the defendant for a judgment of acquittal; or
__ a jury has been waived, and the Court has found the defendant not guilty; or

__ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information and Superseding Information:

<u>21:952,960,963 - Conspiracy to Import Methamphetamine</u>
<u>21:952 and 960 – Importation of Methamphetamine</u>

       IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 6/1/2016

                                              *Barry Ted Moskowitz*
                                          Hon. Barry Ted Moskowitz
                                          United States District Judge